1  James A. McDevitt
   United States Attorney
2  Eastern District of Washington
   Stephanie Whitaker
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 4 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

6

7  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON

8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, )| **CR-08-0026-FVS** |
| 10              Plaintiff, )| INDICTMENT |
| 11  vs. )| Vio:  18 U.S.C.§§ 545 and 2 |
| 12  GYPSY LAWSON, )| Smuggling Goods into the |
|     FRAN OGREN, and )| United States (Counts 1 |
| 13  JAMES EDWARD PRATT, )| and 2) |
| 14              Defendants. )| 16 U.S.C. § 3372(a)(1) |
| 15  )| Lacey Act Violation, |
|     )| Possession and |
| 16  )| Transportation of |
|     )| Prohibited Wildlife |
| 17  )| (Count 3) |

18

19                          **Preamble**

20      1. The United States, Thailand, and approximately 170 other countries are

21  signatories to a multilateral treaty called the Convention on International Trade in

22  Endangered Species of Wild Fauna and Flora, 27 U.S.T. 1087, T.I.A.S. 8249

23  (commonly referred to as "the CITES treaty" or "the Convention"). The CITES treaty

24  provides a mechanism for regulating international trade in species whose survival is

25  considered threatened by trade. By agreement of the parties, such species are listed on

26  "appendices," depending on the level of protection needed for the species.

27  International trade in species listed on these appendices (and their body parts or

28

INDICTMENT - 1

P80228LC.SWF.wpd

1  products made therefrom) is monitored and regulated by permits and quotas. The

2  permit restrictions apply to live and dead specimens, as well as the skins, parts and

3  products made in whole or in part from a listed species.

4      2. Wildlife species in danger of extinction and which are, or may be, affected by

5  trade (tigers, pandas, elephants and all species of sea turtles, for example) are listed on

6  Appendix I of CITES. CITES allows very limited trade in Appendix I species for

7  scientific and research purposes, and only if the specimen is lawfully acquired and a

8  valid "foreign export permit" issued by the specimen's country of origin (or a valid

9  "foreign re-export certificate" issued by the country of re-export), as well as a valid

10 "import permit" from the destination country, are obtained prior to shipping any such

11 wildlife from one country to another. International trade in Appendix I species for

12 "primarily commercial purposes" is prohibited.

13     3. Listed on Appendix II of CITES are species not necessarily threatened with

14 extinction, but in which trade must be controlled in order to avoid utilization

15 incompatible with their survival. International trade in these species (or skins or

16 products made from them) for commercial purposes is allowed, but only if a valid

17 "foreign export permit" issued by the specimen's country of origin (or a valid "foreign

18 re-export certificate" issued by the country of re-export) is obtained prior to the

19 shipment. The Rhesus Macaque (*macaca mullata*) described below is subject to the

20 Appendix II permit requirements.

21     4. The CITES treaty is implemented in the United States by the Endangered

22 Species Act of 1973 (the "ESA"), which directs the U.S. Fish and Wildlife Service

23 ("USFWS") to administer the treaty. 16 U.S.C. 1537a, 1540(f). The ESA makes it

24 unlawful to knowingly "trade in any specimen contrary to the provisions of [CITES], or

25 to possess any specimen traded contrary to the provisions of [CITES]." 16 U.S.C. §§

26 1538(c)(1), 1540(b)(1). "Trade," in this context, includes importation into the United

27 States. The USFWS has promulgated extensive regulations incorporating the specific

28

INDICTMENT - 2

1   permit requirements and provisions of CITES and listing the species contained on the

2   CITES appendices.  50 C.F.R. Part 23.

3         5.  The Rhesus Macaque (*mucaca mullata)* has been listed under CITES

4   Appendix II since April 4, 1977. 50 CFR Part 23.

5         6.  In addition to the requirements of CITES and the ESA, federal law generally

6   requires that all wildlife, including rhesus macaques, or parts thereof, must be declared

7   to the United States Customs Service at the port of first arrival in the United States.  19

8   C.F.R. § 148.11. When importing any wildlife, importers or their agents must file with

9   the USFWS a completed Declaration for Importation or Exportation of Fish and

10   Wildlife.  50 C.F.R. § 14.61.  A USFWS or United States Customs Service officer must

11   clear (or refuse) wildlife being imported into the United States, and the importer or his

12   agent must make available to the officer the wildlife being imported, as well as all

13   required permits, licenses or other documents.  50 C.F.R. § 14.52.

14                                    COUNT ONE

15         On or about November 28, 2007, within the Eastern District of Washington,

16   GYPSY LAWSON and  FRAN OGREN, Defendants herein, did fraudulently and

17   knowingly import and bring into the United States merchandise, to wit: a Rhesus

18   Macaque, contrary to law in that said merchandise was imported in violation of the

19   Endangered Species Act, and was not declared to any official of the United States

20   government upon its entry into the United States, in violation of Title 16, United States

21   Code, Sections 1538(c)(1), 1540(b)(1) and 3372(a)(1), and Title 19 Code of Federal

22   Regulations, Section 148.11, Title 50 Code of Federal Regulations, Sections14.61 and

23   14.52 and Section 23, and did knowingly receive, conceal and in any manner facilitated

24   the transportation, and concealment of such merchandise after importation, knowing

25

26

27

28

INDICTMENT - 3

P80228LC.SWF.wpd

1  the same to have been imported and brought into the United States contrary to law, all

2  in violation of Title 18, United States Code, Sections 545 and 2.

3                                              COUNT TWO

4          On or about November 28, 2007 until on or about January 11, 2008, within the

5  Eastern District of Washington, JAMES EDWARD PRATT, Defendant herein, did

6  receive, conceal and in any manner facilitated the transportation and concealment of

7  merchandise, to wit: a Rhesus Macaque, contrary to law in that said merchandise was

8  imported into the United States contrary to law, knowing that said merchandise was

9  imported in violation of the Endangered Species Act, and was not declared to any

10 official of the United States government upon its entry into the United States, in

11 violation of Title 16, United States Code, Sections 1538(c)(1), 1540(b)(1) and

12 3372(a)(1), and Title 19 Code of Federal Regulations, Section 148.11, Title 50 Code of

13 Federal Regulations, Sections 14.61 and 14.52 and Section 23, all in violation of Title

14 18, United States Code, Sections 545 and 2.

15                                            COUNT THREE

16         On or about November 28, 2007 until on or about January 11, 2008, within the

17 Eastern District of Washington, GYPSY LAWSON, FRAN OGREN and JAMES

18 EDWARD PRATT, Defendants herein, did knowingly import, receive and transport

19 wildlife, to wit: a Rhesus Macaque, contrary to law in that said wildlife was taken,

20 possessed, and transported in violation of the Endangered Species Act, and was not

21 declared to any official of the United States government upon its entry into the United

22 States at California, in violation of Title 16 United States Code, Sections 1538(c)(1),

23 1540(b)(1) and 3372(a)(1), Title 19 Code of Federal Regulations, Section 148.11,

24

25

26

27

28

INDICTMENT - 4

P80228LC.SWF.wpd

1 and Title 50, Code of Federal Regulations, Sections 14.61 and 14.52 and Section 23, all

2 in violation of Title 16, United States Code, Section 3372(a)(1) and Title 18, United

3 States Code, Section 2.

4       Dated this ___4___ of March, 2008.

5                         A TRUE BILL

6

7

8

9 James A. McDevitt
United States Attorney

10

11

12 Stephanie Whitaker
Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT - 5

P80228LC.SWF.wpd