```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br>GYPSY LAWSON,<br>JAMES EDWARD PRATT,<br>          Defendants. | No. CR-08-026-FVS-1<br>     CR-08-026-FVS-3<br><br>ORDER GRANTING MOTION<br>TO MODIFY CONDITIONS OF<br>RELEASE |

At the July 7, 2008, hearing on Defendants' Joint Motion to Modify, Assistant U.S. Attorney Stephanie Van Marter appeared for the United States. Defendant Lawson was present with court-appointed counsel Kimberly Deater; Defendant Pratt was present with court-appointed counsel Bryan Whitaker.

The court finds Defendants participate in group motorcycle riding in North Idaho on weekends and vehicle shows on Tuesdays. Defendants are in compliance with conditions of release. Accordingly,

**IT IS ORDERED** Defendants' Joint Motion **(Ct. Rec. 88)** is **GRANTED.** Defendants shall be allowed to travel to North Idaho on weekends and on Tuesdays for vehicle shows and for group riding, provided, however, they shall notify Pretrial Services of the riding schedule in the manner directed by Pretrial Services.

DATED July 7, 2008.

                    S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1