Kimberly A. Deater
Law Office of Kimberly Deater
505 W. Riverside Avenue, Suite 500
Spokane, WA 99201
(509) 995-4113

Attorney for Lawson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-0026-FVS-1 |
| Plaintiff, | DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT |
| vs. | |
| GYPSY LAWSON, | |
| Defendant | |

TO: JAMES A. MCDEVITT, UNITED STATES ATTORNEY
STEPANIE VAN MARTER, ASSISTANT UNITED STATES ATTORNEY

AL BARRETT, UNITED STATES PROBATION OFFICER

Defendant, Gypsy Lawson, through undersigned counsel, submits the following objections to the Presentence Investigation Report:

**Offense Conduct (Paragraphs 8 through 21)**

Ms. Lawson's Motion for Judgment of Acquittal is still pending, accordingly she makes no comment on this offense conduct summary other than to note that it appears to

accurately summarize the government's evidence presented at trial viewed in the light most favorable to the government.

**Criminal History**

**Paragraphs 41 through 43**

Ms. Lawson submits that this charge was ultimately dismissed after a deferred disposition in juvenile court. She also submits that the physical altercation with her mother occurred when Ms. Lawson was trying to move out of the residence. Ms. Lawson submits that while she does not remember every detail of the event, which occurred approximately 12 years ago, she submits that Ms. Ogren was also assaultive. Ms. Lawson was placed into foster care shortly after this episode.

**Paragraphs 50 through 51**

Ms. Lawson submits that this charge was dismissed because she did not commit the offense. Specifically, Ms. Lawson submits that she never "admitted selling marijuana for approximately 4 or 5 years." She further submits that she did not make this statement because she did not sell marijuana.

Ms. Lawson respectfully reserves the right to supplement these objections if necessary. Ms. Lawson will file a separate Sentencing Memorandum.

Dated: February 10, 2009

                        Respectfully Submitted,

                        *s/Kimberly A. Deater*
                        Kimberly A. Deater
                        WA 28230
                        deaterk@hotmail.com
                        Attorney for Lawson

I hereby certify that on February 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Ms. Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

*s/Kimberly A. Deater*
Kimberly A. Deater
Attorney for Lawson

Defendant's PSR Objections 4