PROB 12B
(7/93)

Report Date: October 18, 2011

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

### for the

**OCT 18 2011**

### Eastern District of Washington

**JAMES R. LARSEN, CLERK**
_____**DEPUTY**
**YAKIMA, WASHINGTON**

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gypsy Lawson       Case Number: 2:08CR00026-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior United States District Judge

Date of Original Sentence: 4/27/2009       Type of Supervision: Supervised Release

Original Offense: Smuggling Goods Into the United       Date Supervision Commenced: 10/22/2010
States, 18 U.S.C. § 545; Lacey Act Violation,
Possession and Transportation of Prohibited Wildlife,
16 U.S.C. § 3372(a)(2)(A)

Original Sentence: Prison - 36 Months;       Date Supervision Expires: 10/21/2015
               TSR - 60 Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15.      You shall complete 88 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than October 31, 2012.

### CAUSE

On September 16, 2011, Gypsy Lawson was arrested, cited and released for shoplifting at WinCo Foods in Spokane. The total amount of items that she attempted to steal was $88.13. The matter remains pending in Spokane Municipal Court.

The above modification of conditions of supervised release appears justified and serves as an appropriate sanction in this matter. Ms. Lawson agrees with the proposed modification as evidenced by the attached signed waiver of hearing to modify conditions of supervision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     10/18/2011
_____

                 s/Richard Law
_____

                 Richard Law
                 U.S. Probation Officer

Prob 12B
**Re: Lawson, Gypsy**
**October 18, 2011**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

_October 18, 2011_
Date