PROB 12C
(7/93)

Report Date: April 11, 2012

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gypsy Lawson                          Case Number: 2:08CR00026-001

Address of Offender:                      , Northport, WA  99157

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  April 27, 2009

Original Offense: Smuggling Goods Into the United States, 18 U.S.C. § 545; Lacey Act Violation, Possession, and Transportation of Prohibited Wildlife, 16 U.S.C. § 3372(a)(2)(A)

Original Sentence:  Prison - 60 Days;                Type of Supervision: Supervised Release
                    TSR - 36 Months

Asst. U.S. Attorney:  Stephanie A. Van Marter         Date Supervision Commenced: October 22, 2010

Defense Attorney:  Kimberly A. Deater                 Date Supervision Expires: October 21, 2013

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition #6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

**Supporting Evidence**: Gypsy Lawson has failed to make any payments toward her outstanding financial obligation since August 2011.

2 | **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**:  Gypsy Lawson has failed to secure employment since the commencement of her term of supervision, which occurred on October 22, 2010.

3 | **Special Condition #15:** You shall complete 88 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer.  The hours are to be completed in full no later than October 31, 2012.

Prob12C
**Re:  Lawson, Gypsy**
**April 11, 2012**
**Page 2**

      **Supporting Evidence**: Gypsy Lawson has failed to complete any community service. Specifically, on October 17, 2011, she agreed to complete at least 10 hours per month. To date she has failed to complete any hours toward the outstanding balance of 88 hours.

The U.S. Probation Office respectfully recommends that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/11/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

      s/Fred Van Sickle
      Signature of Judicial Officer

      April 12, 2012
      Date