# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, vs. GYPSY LAWSON, Defendant. | Case No. CR-08-26-FVS-1<br>**CRIMINAL MINUTES**<br>DATE: JULY 3, 2012<br>LOCATION: SPOKANE<br>**SUPERVISED RELEASE VIOLATION HEARING** |
|---|---|

| Judge Fred Van Sickle | | | |
|---|---|---|---|
| Virginia L. Reisenauer | Kyle Perkins | N/A | Mark A. Snover |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Earl Hicks for Stephanie A. Van Marter | | Kimberly A. Deater | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |
| **United States Probation Officer:** Richard Law | | | |

**[ X ] Open Court          [ ] Chambers          [ ] Telecon**

Defendant present not in the custody of the United States Marshal.

Court reviewed the current pending allegations of supervised release violation by the Defendant. Defendant ADMITS supervised release violations with an explanation.

Comments presented by counsel and the Defendant.

Court makes NO FINDINGS as to the allegations of supervised release violations at this time.
A follow-up status hearing shall be held **September, 2012,  S/FVS**

Probation to submit a report 10 day prior to the status hearing.

**[ X ] ORDER FORTHCOMING**

| CONVENED: 11:38 A.M. | ADJOURNED: 12:14 A.M. | TIME: 0/36 HR. | CALENDARED [ ] |
|---|---|---|---|