UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GYPSY LAWSON,<br><br>        Defendant. | No. CR-08-026-FVS<br><br>ORDER CONTINUING HEARING |

**THE DEFENDANT** having come before the Court on July 3, 2011, with her attorney Kimberly A. Deater; and the defendant having admitted she has violated the terms of her supervised release; Now, therefore

**IT IS HEREBY ORDERED**:

1. The Court declines to enter any findings at this time.

2. The revocation hearing is continued until **September 13, 2012 at 10:30 a.m. in Spokane, Washington.**

3. The United States Probation Office shall file a status report by September 4, 2012.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___3rd___ day of July, 2012.

                                s/ Fred Van Sickle
                                  Fred Van Sickle
                  Senior United States District Judge

Order - 1